UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-04312 JAK (PJWx) | Date | May 19, 2020 |
| Title | Carpe Carma, LLC v. SK Energy Americas, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED TO THE NORTHERN DISTRICT OF CALIFORNIA**

On May 12, 2020, Carpe Carma, LLC ("Plaintiff") brought this action against SK Energy Americas, Inc., SK Trading International Co. Ltd., Vitol Inc., David Niemann, and Brad Lucas ("Defendants"). The Complaint brings the following claims on behalf of a putative class: (i) violation of the Sherman Act and Clayton Act, 15 U.S.C. §§ 1, 26; (ii) violation of the Cartwright Act, Cal. Bus. & Prof. Code § 16720; (iii) violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*; and (iv) unjust enrichment. Dkt. 1 at 38-41. The Complaint alleges that, following a gasoline supply disruption caused by an explosion at a refinery complex in Torrance, California, Defendants engaged in an unlawful plan to increase retail gasoline prices in California. The Complaint is brought on behalf of a putative, statewide class comprised of "[a]ll persons or entities that purchased gasoline from a retailer within the State of California from at least as early as February 18, 2015 through December 31, 2016." *Id.* ¶ 119.

On May 11, 2020, a largely identical, putative class action was filed in this District. *Vanessa Long v. SK Energy Ams., et al.*, No. 2:20-CV-04266-PA-JPRx ("*Long* Action"). The plaintiff in that action, Vanessa Long ("Long"), was represented by many of the same attorneys who represent the Plaintiff in this one.[1] On May 13, 2020, Judge Wright, who presided in the *Long* Action, issued an order to show cause why the action should not be transferred to the Northern District of California, where several similar putative class actions had been filed previously. On May 14, 2020, Long voluntarily dismissed the *Long* Action.

Other actions alleging similar claims have been filed and are pending in the Northern District of California: *Mary Hudson, et al. v. Vitol, Inc., et al.*, No. 5:20-CV-03217-NC; *Fricke-Parks Press, Inc., et al. v. SK Energy Ams., Inc., et al.*, No. 3:20-CV-03148-LB; *Pac. Wine Distribs., Inc. v. Vitol Inc., et al.*, No. 3:20-CV-03131-JSC. Given these many cases, a transfer of this action pursuant to 28 U.S.C. § 1404 could avoid the risk of duplicative litigation and inconsistent outcomes, promote party and judicial efficiency, and allow for the orderly resolution of claims. Therefore, Plaintiff is Ordered to Show Cause as to why this action, like the *Long* Action, should not be transferred to the Northern District of California.

---

[1] Counsel for Plaintiff in this action did not file a Notice of Related Cases as to the *Long* Action, as required by L.R. 83-1.3.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-04312 JAK (PJWx) | Date | May 19, 2020 |
| Title | Carpe Carma, LLC v. SK Energy Americas, Inc., et al. | | |

Plaintiff shall file a response to the Order to Show Cause on or before May 27, 2020. Upon its filing, the matter will be taken under submission.

**IT IS SO ORDERED.**

                                                                 : 

Initials of Preparer    cw